SMITH, Respondent, v. RUBEL, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by Robert S. Smith against Max Rubel. D. C. Hirsch, for appellant. H. Nathan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 134 N. Y. Supp. 400.

———

SNOW v. SHREFFLER. In re SEBRING. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Sarah L. Snow against Charles E. Shreffler. In the matter of the application to punish James O. Sebring for contempt of court in said action. PER CURIAM. Motion for reargument (of 132 N. Y. Supp. 895) denied, with $10 costs. FOOTE, J., not sitting.

———

SPILA, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Tomassina Spila, as administratrix, etc., of John Spila, deceased, against the New York Central & Hudson River Railroad Company. For former opinion, see 147 App. Div. 666, 132 N. Y. Supp. 151. See, also, 132 N. Y. Supp. 1147. PER CURIAM. Judgment and order reversed upon reargument, and new trial granted, costs to abide the event, on the ground that plaintiff was guilty of contributory negligence as matter of law. WOODWARD, J., dissents.

———

SPRAGUE et al., Respondents, v. LOCKHART, City Marshal, et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Action by Joshua M. Sprague and another against Frank T. W. Lockhart, as Marshal of the City of Mt. Vernon, and George W. Fennell. No opinion. Judgment affirmed, with costs. See, also, 142 App. Div. 947, 127 N. Y. Supp. 1145.

———

STEHLIN, Respondent, v. CITY & COUNTY CONTRACT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Charles F. Stehlin against the City & County Contract Company. PER CURIAM. Interlocutory judgment overruling demurrer affirmed, with $10 costs, with leave to defendant to withdraw demurrer and answer the complaint within 20 days, on payment of costs and disbursements on appeal, as well as the costs specified in the interlocutory judgment.

———

STEIN, Appellant, v. STEIN, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by Henry B. Stein against Charles A. Stein, impleaded with others. H. Swain, for appellant. A. I. Sire, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STEINBERG et al., Respondents, v. BOSTON INS. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by Isaac Steinberg and others against the Boston Insurance Company, impleaded with others. H. J. Cheyney, for appellant. E. Eschwege, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 144 App. Div. 110, 128 N. Y. Supp. 994.

———

STERNBERGER v. PERLMUTTER. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Augusta S. Sternberger against Bernard Perlmutter. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

———

In re STODDARD. (Supreme Court, Appellate Division, First Department. March 29, 1912.) In the matter of Chas. H. Stoddard. No opinion. Motion denied. Settle order on notice. See, also, 144 App. Div. 932, 129 N. Y. Supp. 1147.

———

STOKES, Respondent, v. STAPLES, Appellant. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Emma M. Stokes against Hartwell Staples. C. L. Hoffman, for appellant. F. D. Dowley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

SUTPHIN, Appellant, v. MacMULKIN, Respondent. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by William L. Sutphin against John J. MacMulkin. No opinion. Judgment and order affirmed, with costs.

———

SWAN, Respondent, v. WOODCOCK et al., Appellants. (Supreme Court, Appellate Division. Fourth Department. March 28, 1912.) Action by William H. L. Swan against Milo E. Woodcock and another. No opinion. Order affirmed, with costs.

———

SYMMERS v. CARROLL et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Douglas Symmers against Howard Carroll and others. No opinion. Motion granted. Question certified. Order filed. See, also, 134 N. Y. Supp. 170.

———

TALLEY v. TALLEY. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Nelda M. Talley against Robert P. Talley. No opinion. Motion denied, with $10 costs. Order filed. See, also, 133 N. Y. Supp. 1146.

———

TAUSEND, Respondent, v. BAGGOTT et al., Appellants. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Felix Tausend against Vallandigham B.